UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLUGBEMIGA ABIDEMI OKE,
    Plaintiff,
v.                                    Case No. 8:23-cv-2558-WFJ-TGW

PRONTOWASH, LLC,
*et al.*,
    Defendants.
_____/

## **ORDER**

THIS CAUSE came on for consideration upon the Plaintiff's Motion for Clerk's Entry of Default Against Prontowash, LLC; Jonathan Munsell; Scott Wyler; Success Systems Mgmt LLC; Prontowash Management, LLC; PW Houston Downtown, LLC; and James Bornamann (Doc. 31).

It is, upon consideration,

ORDERED:

That the Plaintiff's Motion for Clerk's Entry of Default (Doc. 31) is **GRANTED**, and the Clerk is **DIRECTED** to enter defaults under Rule 55(a), F.R.Civ.P., against defendants Prontowash, LLC; Jonathan Munsell; Scott Wyler; Success Systems Mgmt, LLC; Prontowash Management, LLC; and PW Houston Downtown, LLC.

DONE and ORDERED at Tampa, Florida, this 22nd day of December, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE