# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| **OLUGBEMIGA ABIDEMI OKE** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. 8:23-cv-2558-WFJ-TGW |
| **PRONTOWASH, LLC,** *et al.* ) | |
| ) | |
|     **Defendants.** ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DEFENDANTS BLUE MARBLE STRATEGIC LLC AND PRONTOWASH S.A.

**COMES NOW** Plaintiff Olugbemiga Abidemi Oke ("Mr. Oke") by and through his undersigned counsel and hereby voluntarily and without prejudice dismisses his claims against Defendants BLUE MARBLE STRATEGIC LLC AND PRONTOWASH S.A.

Respectfully submitted March 12, 2023.

/s/ Mary M. Clapp, Esq.
Mary M. Clapp, FBN #0962341
Delafran, LLC
mary@delafran.com
2409 Lakewood Ranch Blvd. N.
Unit 2219
Sarasota, FL  34240
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Mary Clapp, hereby certify that I have served a copy of this motion on Pro Se Defendant Stanley Weiss via email snweiss8@yahoo.com and on Pro Se Defendant Scott Wyler via email swyler@gmail.com this 12th Day of March  2024.

/s/ Mary M. Clapp, Esq.
Mary M. Clapp, FBN #0962341