IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| OLUGBEMIGA ABIDEMI OKE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. 8:23-cv-2558-WFJ-TGW |
| PRONTOWASH, LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DEFENDANTS STANLEY WEISS AND SCOTT WYLER

**COMES NOW** Plaintiff Olugbemiga Abidemi Oke ("Mr. Oke") by and through his undersigned counsel and hereby voluntarily and without prejudice dismisses his claims against Defendants STANLEY WEISS AND SCOTT WYLER

Respectfully submitted August 7, 2024.

/s/ Mary M. Clapp, Esq.
Mary M. Clapp, FBN #0962341
Delafran, LLC
mary@delafran.com
8130 Lakewood Main St.,
Ste 130, #314
Lakewood Ranch, FL 34202
COUNSEL FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I, Mary Clapp, hereby certify that I have served a copy of this motion on Pro Se Defendant Stanley Weiss via email snweiss8@yahoo.com and on Pro Se Defendant Scott Wyler via email swyler@gmail.com this 7th Day of August 2024.

/s/ Mary M. Clapp, Esq.
Mary M. Clapp, FBN #0962341