IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

OLUGBEMIGA ABIDEMI OKE )
 )
    Plaintiff )
 )
vs. )
 )  CASE NO. 8:23-cv-2558-WFJ-TGW
PRONTOWASH, LLC, et al. )
 )
    Defendants. )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DEFENDANTS STANLEY WEISS AND SCOTT WYLER

COME NOW Plaintiff Olugbemiga Abidemi Oke ("Mr. Oke"), by and through his undersigned counsel, and Pro Se Defendants STANLEY WEISS and SCOTT WYLER who hereby stipulate to the dismissal of all claims brought against or by Defendants STANLEY WEISS and SCOTT WYLER without prejudice, with all parties to bear their own fees and costs.

Respectfully submitted August 8, 2024.

_____
Mary M. Clapp, FBN #0962341
Delafran, LLC
mary@delafran.com
8130 Lakewood Main St.,
Ste 130, #314
Lakewood Ranch, FL 34202
941-402-2240
COUNSEL FOR PLAINTIFF

_____
Scott Wyler
Swyler@gmail.com
10021 Oasis Palm Dr.
Tampa, FL 33615
716-870-3266
Pro Se Defendant

_____
Stanley Weiss
snweiss8@yahoo.com
115 Walnut Hall Circle
Woodstock, GA 30189
770-881-1960
Pro Se Defendant

## **CERTIFICATE OF SERVICE**

I, Mary Clapp, hereby certify that I have served a copy of this motion on Pro Se Defendant Stanley Weiss via email snweiss8@yahoo.com and on Pro Se Defendant Scott Wyler via email swyler@gmail.com this 7th Day of August 2024.

/s/ Mary M. Clapp, Esq.
Mary M. Clapp, FBN #0962341