IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| OLUGBEMIGA ABIDEMI OKE ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. 8:23-cv-2558-WFJ-TGW |
| PRONTOWASH, LLC, *et al.* ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DEFENDANT ACHILES CAPITAL MANAGEMENT, LLC

**COMES NOW** Plaintiff Olugbemiga Abidemi Oke ("Mr. Oke") by and through his undersigned counsel and hereby voluntarily and without prejudice dismisses his claims against Defendant ACHILES CAPITAL MANAGEMENT, LLC

Respectfully submitted September 19, 2024.

/s/ Mary M. Clapp, Esq.
Mary M. Clapp, FBN #0962341
Delafran, LLC
mary@delafran.com
8130 Lakewood Main St.,
Ste 130, #314
Lakewood Ranch, FL 34202
COUNSEL FOR PLAINTIFF